IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-534-FDW-DSC

| | |
|---|---|
| REGIONS BANK d/b/a <br> REGIONS MORTGAGE, <br><br> Plaintiff, <br><br> v. <br><br> FAIRWAY INDEPENDENT MORTGAGE CORPORATION, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Motion[s] to Admit Counsel Pro Hac Vice [for Scott David Burke and David Monro Souders ]" (documents ##11-12) filed January 11, 2010. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.        Signed: January 11, 2010

_____
David S. Cayer
United States Magistrate Judge